UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| PAUL D. LANCASTER, | * | CASE NO. 11-31850-JPS |
| Debtor. | * | |

## OBJECTION TO PROPOSED SALE

**COMES NOW, KATIE BISHOP**, Purchaser, and **PAUL D. LANCASTER**, Debtor, and objects to the proposed sale of the Debtor's interest in five LLC's to Michael Wiser for $19,000.00 and shows as follows:

1.

Nineteen thousand dollars ($19,000.00) is not adequate consideration for the Debtor's interest in the five LLC's described in the notice and the sale should not be approved.

2.

Katie Bishop, whose address is Post Office Box 509, Comer, Georgia 30629 and who was the real estate agent involved in the purchase of Brookwood Townhomes by Brookwood Townhomes, LLC, will pay the Trustee $27,000.00, cash at closing, for the Debtor's interest in the five LLC's, which is a substantially higher offer.

**WHEREFORE**, the Debtor and Katie Bishop object to the proposed sale to Michael Wiser as $19,000.00 is not adequate consideration and because Katie Bishop will pay the Trustee $27,000.00 for the property interest described in the Notice of Sale of Personal Property.

This \_\_3d\_\_ day of January, 2014.

                                          HARRIS & LIKEN, LLP

                                          BY: _____
                                                 ERNEST V. HARRIS
                                                 State Bar No. 329700
                                                 Attorney for Debtor and Katie Bishop

P.O. Box 1586
Athens, Georgia 30603
706.613.1953, eharris@harrisliken.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| PAUL D. LANCASTER, | * | CASE NO. 11-31850-JPS |
| Debtor. | * | |

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the foregoing OBJECTION by way of first class mail, postage prepaid, addressed to the following interested parties:

William M. Flatau
Chapter 7 Trustee
355 Cotton Avenue
Macon, Georgia 31201

Mr. Michael Wiser
2228 Folly Road
Charleston, South Carolina 29412

This 3d day of January, 2014.

ERNEST V. HARRIS

Harris & Liken, LLP
P.O. Box 1586
Athens, Georgia 30603
706.613.1953