Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-31850 JPS  
**Case Name:** LANCASTER, PAUL D.  
**Period Ending:** 12/31/13

**Trustee:** (300080) William M. Flatau  
**Filed (f) or Converted (c):** 11/08/11 (f)  
**§341(a) Meeting Date:** 12/09/11  
**Claims Bar Date:** 04/16/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 122 Lakeside Drive, St. Simons Island, GA | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | Tidewater Beach Condos, 16819 Front Beach Road, Unit 2400, Panama City Beach, FL 32413 | 180,000.00 | 0.00 | | 0.00 | FA |
| 3 | National Bank of GA checking acct | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Palmetto State Bank checking acct | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture & appliances | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Pool table | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Watch | 100.00 | 100.00 | | 0.00 | FA |
| 9 | Glock pistol | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Golf clubs | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Educational IRA (Coverdell) for both children | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Law Office of Paul Lancaster, PC - 100% | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Maxwell Thomas Investments, LLC - 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Paul Lancaster, PC fdba Lancaster McKillip,PC 10 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Restore Brunswick, LLC - 50% | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Studio XX, LLC - 25% | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Studio XXIII, LLC - 25% | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Wiser Land Mgmt 2, LLC - 30% | 0.00 | 0.00 | | 0.00 | FA |

Page: 2

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-31850 JPS | Trustee: | (300080) William M. Flatau |
| Case Name: | LANCASTER, PAUL D. | Filed (f) or Converted (c): | 11/08/11 (f) |
| | | §341(a) Meeting Date: | 12/09/11 |
| Period Ending: | 12/31/13 | Claims Bar Date: | 04/16/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Wiser Land Mgmt, LLC - 30% | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Uncollectible claim against Alton Burns $40,000 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 10% of contingent fee owed by Doug McKillip for Lois Van Horn case | Unknown | Unknown | | 0.00 | Unknown |
| 22 | Breach of contract claim for damages $80,000 | Unknown | Unknown | | 0.00 | Unknown |
| 23 | State Bar license | 0.00 | 0.00 | | 0.00 | FA |
| 24 | 2008 Range Rover | 29,110.00 | 0.00 | | 0.00 | FA |
| 25 | Recovery from former law partnership (u) | 0.00 | 14,000.00 | | 23,573.23 | 0.00 |
| 26 | Adversary v. Paul Lancaster, Trustee (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 26 | **Assets** Totals (Excluding unknown values) | **$411,870.00** | **$14,100.00** | | **$23,573.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

ATTEMPTING TO SELL DEBTOR'S INTEREST IN SECURITIES.

**Initial Projected Date Of Final Report (TFR):** January 30, 2013     **Current Projected Date Of Final Report (TFR):** January 30, 2015

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-31850 JPS
**Case Name:** LANCASTER, PAUL D.

**Taxpayer ID #:** **-***0228
**Period Ending:** 12/31/13

**Trustee:** William M. Flatau (300080)
**Bank Name:** Rabobank, N.A.
**Account:** ****559266 - Checking Account
**Blanket Bond:** $1,925,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 23,532.98 | | 23,532.98 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.50 | 23,501.48 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.17 | 23,464.31 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.50 | 23,432.81 |
| 03/13/13 | 10101 | Paul D. Lancaster | Claimed exemptions | 8100-002 | | 5,240.00 | 18,192.81 |
| 03/13/13 | 10102 | Douglas C. McKillip | Settlement | 8500-002 | | 7,961.63 | 10,231.18 |
| 03/13/13 | 10103 | Paul Lancaster, P.C. | Settlement | 8500-002 | | 8,589.50 | 1,641.68 |
| 03/13/13 | 10104 | First Century Bank | Settlement | 8500-002 | | 820.84 | 820.84 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.13 | 793.71 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 783.71 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 773.71 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 763.71 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 753.71 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 743.71 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 733.71 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 723.71 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 713.71 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 703.71 |

Subtotals: $23,532.98 $22,829.27

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-31850 JPS  
**Case Name:** LANCASTER, PAUL D.  

**Taxpayer ID #:** **-***0228  
**Period Ending:** 12/31/13  

**Trustee:** William M. Flatau (300080)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****559266 - Checking Account  
**Blanket Bond:** $1,925,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **23,532.98** | **22,829.27** | **$703.71** |
| | | | Less: Bank Transfers | | 23,532.98 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **22,829.27** | |
| | | | Less: Payments to Debtors | | | 5,240.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$17,589.27** | |

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-31850 JPS  
**Case Name:** LANCASTER, PAUL D.  

**Taxpayer ID #:** **-***0228  
**Period Ending:** 12/31/13  

**Trustee:** William M. Flatau (300080)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-66 - Checking Account  
**Blanket Bond:** $1,925,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/02/12 | {25} | Pinnacle Bank | Bank account balances | 1130-000 | 23,573.23 | | 23,573.23 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.25 | 23,532.98 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030008088 20121220 | 9999-000 | | 23,532.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 23,573.23 | 23,573.23 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 23,532.98 | |
| | | | **Subtotal** | | 23,573.23 | 40.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,573.23** | **$40.25** | |

```
           Net Receipts :   23,573.23
  Less Payments to Debtor :    5,240.00
Less Other Noncompensable Items :  17,371.97
           Net Estate :      $961.26
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****559266 | 0.00 | 17,589.27 | 703.71 |
| Checking # 9200-******96-66 | 23,573.23 | 40.25 | 0.00 |
| | $23,573.23 | $17,629.52 | $703.71 |

{} Asset reference(s)   Printed: 01/23/2014 02:50 PM   V.13.14