IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:                                           :
                                                 :       CHAPTER 7
PAUL D. LANCASTER,                               :
                                                 :       CASE NO. 11-31850 JPS
                Debtor                           :

NOTICE OF SALE OF PERSONAL PROPERTY

YOU ARE HEREBY NOTIFIED that the trustee in the above case, William M. Flatau, will sell the below-described property at private sale to the below-named purchaser for cash:

DESCRIPTION OF PROPERTY:

1000 shares of The National Bank of Georgia stock

NAME AND ADDRESS OF PURCHASER:

Thomas Zebedee Lanier, IV
12285 Broadwell Road
Alpharetta, Georgia  30004

TERMS OF SALE:

$15.00 per share or $15,000.00.

YOU ARE HEREBY NOTIFIED that if any party wishes to object to said proposed sale, or to make a substantial higher offer for the purchase of said property, must do so in writing on or before **March 24, 2014**; must file the original of said objection or offer with the Court; and must serve a copy of such written objection or offer upon the trustee in said case:  William M. Flatau, 355 Cotton Avenue, Macon, Georgia 31201.  In the event an objection or offer is timely filed, a hearing is scheduled for **April 9, 2014 at 2:00 p.m.** in the United States Bankruptcy Court, 115 E. Hancock Avenue, 2nd Floor, Post Office Building, Athens, Georgia.

At Macon, Georgia this   3rd   day of March, 2014.

_____
WILLIAM M. FLATAU
State Bar No. 262800

KATZ, FLATAU & BOYER, LLP
355 Cotton Avenue
Macon, Georgia  31201
(478) 742-6481
billflatau@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:                                          :
                                                :      CHAPTER 7
PAUL D. LANCASTER,                              :
                                                :      CASE NO. 11-31850 JPS
        Debtor                                  :

CERTIFICATE OF SERVICE

This is to certify that I have this day mailed a copy of the within and foregoing Notice of Sale of Personal Property upon Thomas Zebedee Lanier, IV, 12285 Broadwell Road, Alpharetta, Georgia 30004, Frank N. Simpson, CCIM, SIOR, President, The Simpson Company of Georgia, Inc., 425 Spring Street, Suite 200, Gainesville, Georgia 30501 and upon all parties in interest as listed on the debtor's matrix attached hereto by placing in the United States mail with sufficient postage affixed thereto to insure prompt delivery. Elizabeth A. Hardy, Esq., 440 Martin Luther King, Jr. Blvd., Suite 302, Macon, Georgia 31201 was served electronically.

This 3rd day of March, 2014.

_____
WILLIAM M. FLATAU

```
Label Matrix for local noticing          Clifton Lipford Hardison & Parker, LLC    First Century Bank
113G-3                                   1503 Bass Road                            First Century Bank
Case 11-31850                            Macon, GA 31210-7511                      P.O. Box 210
Middle District of Georgia                                                         Commerce, GA 30529-0004
Athens
Mon Mar  3 12:04:54 EST 2014

MWLT, LLC                                Pinnacle Bank                             U.S. Trustee - MAC
c/o J. David Felt, Jr.                   c/o Thompson, O'Brien, Kemp, & Nasu       440 Martin Luther King Jr. Boulevard
Registered Agent                         40 Technology Parkway South               Suite 302
1361 Jennings Mill Road                  Suite 300                                 Macon, GA 31201-7987
Suite 410                                Norcross, GA 30092-2924
Bogart, GA 30622-2596

Wells Fargo Bank, N.A.                   3                                         AT&T
c/o McCalla Raymer, LLC                  433 Cherry Street                         c/o Enhanced Recovery Co.
Bankruptcy Department                    P.O. Box 1957                             8014 Bayberry Road
1544 Old Alabama Road                    Macon, GA 31202-1957                      Jacksonville, FL 32256-7412
Roswell, GA 30076-2102

American Express                         Bank South as Successor to                Bank South as Successor to North Ga. Bank
c/o National Enterprise Systems          North Georgia Bank                        c/o Roy E. Manoll, III
29125 Solon Road                         7911 Macon Hwy.                           2500 Daniell's Bridge Road
Solon, OH 44139-3442                     Watkinsville, GA 30677-6050               Building 200, Suite 3A
                                                                                   Athens, GA 30606-6178

(p)BANK OF AMERICA                       Bank of America                           Bank of America
PO BOX 982238                            Post Office Box 2284                      c/o Emmett L. Goodman jr.
EL PASO TX 79998-2238                    Brea, CA 92822-2284                       544 Mulberry St. Suite 800
                                                                                   Macon, GA 31201-8261

BankSouth as successor in interest to    Bay County Tax Commissioner               Brookwood Townhomes, LLC
North Georgia Bank                       Florida Tax Commissioner                  760 East Campus Road, #91
c/o Fortson, Bentley & Griffin, P.A.     P.O. Box 2285                             Athens, GA 30605-1671
2500 Daniell's Bridge Rd Bldg 200 S      Panama City Beach, FL 32402-2285
Athens, Georgia 30606-6178

CTS                                      CTS Communications & Technology Solutions Certus Bank
182 Ben Burton Circle                    c/o CTS                                   1252 Virgil Langford Road
Bogart, GA 30622-6848                    182 Ben Burton Circle                     Bogart, GA 30622-2545
                                         Ste. 200
                                         Bogart, GA 30622-6848

(p)CITIBANK                              David P. Wiser                            Doug McKillip
PO BOX 790034                            860 Peachtree Street, N.E.                648 S. Milledge Avenue
ST LOUIS MO 63179-0034                   Unit 712                                  Athens, GA 30605-1251
                                         Atlanta, GA  30308-1262

Doug McKillip                            Douglas C. McKillip                       First Century Bank N.A.
648 South Milledge Avenue                c/o Fortson, Bentley & Griffin, P.A.      c/o Wilbanks Law Firm
Athens, GA 30605-1251                    2500 Daniell's Bridge Road                1237 South Elm Street, Suite B
                                         Building 200, Suite 3A                    Commerce, GA 30529-2814
                                         Athens, Georgia 30606-6178

Georgia Power                            Glynn County Tax Commissioner             (p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
96 Annex                                 Tax Collector                             PO BOX 609
Atlanta, GA 30396-0002                   Courthouse Annex                          CEDAR RAPIDS IA 52406-0609
                                         1725 Reynolds Street, Suite 100
                                         Brunswick, GA 31520-6434
```

| | | |
|---|---|---|
| Katz, Platau & Boyer, LLP<br>c/o William M. Flatau, Esq.<br>355 Cotton Avenue<br>Macon, Georgia 31201-2636 | Lang Building Supply<br>P.O. Box 1659<br>Brunswick, GA 31521-1659 | Linkside Homeowner's Assoc.<br>Post Office Box 20263<br>St. Simons Island, GA 31522-8263 |
| Lowe's<br>1851 Epps Bridge Parkway<br>Athens, GA 30606-6145 | Maxwell Thomas Investments, LLC<br>648 S. Milledge Avenue<br>Athens, GA 30605-1251 | Maxwell Thomas Investments, LLX<br>648 S. Milledge Avenue<br>Athens, GA 30605-1251 |
| Michael Wiser<br>2228 Folly Road<br>Charleston, SC 29412-9541 | Michael Wiser<br>c/o Shayna M. Steinfeld<br>PO Box 49446<br>Atlanta, GA 30359-1446 | Morgan & Morgan, P.C.<br>1090 Founders Blvd., Ste. C<br>Athens, GA 30606-6163 |
| Northeast Georgia Bank<br>P.O. Box 818<br>Commerce, GA 30529-0016 | Patricia Lancaster<br>233 Hidden Spring Way<br>Athens, GA 30605-5746 | Paul Lancaster, P.C.<br>Suite 1100B<br>Bogart, GA 30622 |
| Pinnacle Bank<br>884 Elbert Street<br>Elberton, GA 30635-2628 | Restore Brunswick, LLC<br>648 S. Millege Ave.<br>Athens, GA 30605-1251 | Satrina Watson<br>c/o Roy E. Manoll, III<br>2500 Daniell's Bridge Road<br>Building 200, Suite 3A<br>Athens, GA 30606-6178 |
| Studio XX, LLC<br>760 East Campus Road, #91<br>Athens, GA 30605-1671 | Studio XXIII, LLC<br>760 East Campus Road, #91<br>Athens, GA 30605-1671 | Studio XXIII, LLX<br>760 East Campus Road, #91<br>Athens, GA 30605-1671 |
| SunTrust Mortgage, Inc.<br>P.O. Box 26149<br>Richmond, VA 23260-6149 | Tidewater Beach Homeowner's Associa<br>19819 Front Beach Road<br>Box C-1<br>Panama City Beach, FL 32413 | Tidewater Beach Resort<br>Community Association, Inc.<br>David Milam, Esq.<br>60 Clayton Lane, Ste A<br>Santa Rosa Beach, FL 32459-8822 |
| Wells Fargo Bank, N.A.<br>c/o McCALLA RAYMER, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, Georgia 30076-2102 | Wells Fargo Home Mortgage<br>Post Office Box 10335<br>Des Moines, IA 50306-0335 | Wiser Land Management 2, LLC<br>760 East Campus Road, #91<br>Athens, GA 30605-1671 |
| Douglas C. McKillip<br>c/o Fortson, Bentley & Griffin, P.A.<br>2500 Daniell's Bridge Road<br>Building 200, Suite 3A<br>Athens, GA 30606-6178 | Ernest V. Harris<br>P.O. Box 1586<br>Athens, GA 30603-1586 | Paul D. Lancaster<br>P.O. Box 5761<br>Athens, GA 30604-5761 |
| William Flatau<br>Katz, Flatau and Boyer, LLP<br>355 Cotton Avenue<br>Macon, GA 31201-2636 | as successor in BankSouth<br>interest to North Georgia Bank<br>c/o Fortson, Bentley & Griffin, P.A.<br>2500 Daniell's Bridge Road<br>Building 200, Suite 3A<br>Athens, GA 30606-6178 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982234
El Paso, TX 79998-2234

CitiCard
P.O. Box 183051
Columbus, OH 43218-3051

Great American Leasing Corp.
P.O. Box 660831
Dallas, TX 75266-0831


(d)GreatAmerica Leasing Corporation
PO Box 609
Cedar Rapids IA 52406


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America

(d)David P. Wiser
860 Peachtree Street, N.E.
Unit 712
Atlanta, GA 30308-1262

(d)Pinnacle Bank
c/o Thompson, O'Brien, Kemp, & Nasu
40 Technology Parkway South
Suite 300
Norcross, GA 30092-2924

(d)Wells Fargo Home Mortgage
Post Office Box 10335
Des Moines, IA 50306-0335

(d)Michael Wiser
2228 Folly Road
Charleston, SC 29412-9541

End of Label Matrix
Mailable recipients    58
Bypassed recipients     5
Total                  63